**APPENDIX A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Islamic Sunni Ummah
(Muslim Brotherhood)
Maximum Security

Corey Day, Juan Evora, et al.

Vs. Civil Action No. 08-094ML

Ashbel T. Wall, et al.

MOTION TO REMOVE NAMED PLAINTIFF
FROM CLASS ACTION CIVIL COMPLAINT

No comes the Plaintiff, Corey A. Day, in a motion to remove himself from the Class Action Civil Complaint under Civil Action No. **08-094ML.** The plaintiff does not wish to proceed foward as a member of this Class Action Complaint, and he respectfully requests this Honorable Court that he be removed from said complaint immediately.

Respectfully Submitted,

________________________
Corey Day, Pro Se
P.O. Box 8273
Cranston, RI 02920