APPENDIX C

# STATE of RHODE ISLAND and PROVIDENCE PLANTATIONS
## DEPARTMENT of CORRECTIONS
## INTER - OFFICE MEMORANDUM

TO: C. Day ID# 127574 DATE: April 10, 2008
BLDG/CELL: Maximum Security P2-09

FROM: Matthew Kettle, Deputy Warden Dep MK
DEPT: Maximum Security

**SUBJECT**: Unauthorized Meeting/Assembly during Recreation

You were observed participating in an unauthorized meeting/assembly during the afternoon recreation period on 4/9/08 at approximately 3:00 pm. You were identified were identified as being part of this large group. This behavior presents a legitimate security concern for this institution and may be a violation of the inmate disciplinary code. Although all inmates have the right to the free exercise of their religious beliefs and the liberty of worship according to the dictates of their consciences, the exercise of this right may be restricted for security reasons. Any similar behavior in the future will result in disciplinary action.

C.C. File

* Note: The "assembly" was nothing more than prayer.