APPENDIX E



Organizations; and/or Volunteers, or its successor). The institutional Chaplains are responsible for developing, maintaining (on a monthly basis) and issuing, through the Assistant Director of Rehabilitative Services, the schedule of religious services throughout the facilities and a roster of individuals authorized to conduct those services.

5. Religious Activities

Each accredited religious organization is encouraged to plan its own activities using the appropriate community and institutional resources. Religious activities include, but are not necessarily limited to: worship services, religious instruction, reading and study, religious discussion groups, and pastoral counseling.

6. Special Diets

a. The inmate menu is written to accommodate the diet restrictions of Jewish and Muslim inmates. Requests for additional accommodations based on religion should be initiated by interested inmates and submitted to the Assistant Director of Rehabilitative Services' office.

b. Where religious holidays specify particular dietary requirements (e.g., Passover, Month of Ramadan), the Associate Director of Food Services, in consultation with the appropriate institutional Chaplain, makes special arrangements so that inmates are able to adhere to their religious beliefs, providing these special arrangements are not disruptive to the operation of the facility.

7. Space for Services

Accredited religious organizations are provided a place for services. Based on security needs, the size of groups at services may be restricted if a determination is made of such a need by the Warden or designee.

8. Scheduling

To keep inmates and staff informed of religious program opportunities, institutional Chaplains post religious program and service schedules in appropriate housing units. Institutional Chaplains schedule religious programs and services in conjunction with the Wardens or designees.

1.