# RHODE ISLAND DEPARTMENT OF CORRECTIONS POLICY AND PROCEDURE

| | | | |
|---|---|---|---|
| | **POLICY NUMBER:** 18.45-1 DOC | **EFFECTIVE DATE:** 10/13/03 | **PAGE 1 OF 5** |
| | **REPEALS:** 18.45 DOC 16.04 DOC | **DIRECTOR:** Please use BLUE ink. | |
| **SECTION:** HEALTH CARE SERVICES | | **SUBJECT:** DIET | |

**AUTHORITY: Rhode Island General Laws (RIGL) § 42-56-10 (22), Powers of the director**

**REFERENCES: NCCHC standards J-45, Diet; P-47 Diet; ACA standard 3-4297 M, Dietary Allowances; 3-4299, Special Diets; National Research Council's Recommended Dietary Allowances and the Dietary Guidelines for Americans (U.S. Dept. of Agriculture, U.S. Dept. of Health and Human Services)**

**INMATE / PUBLIC ACCESS?** X YES

**AVAILABLE IN SPANISH?** X NO

I. **PURPOSE:**

To ensure adequate diets that incorporate the principles expressed in the United States Department of Agriculture/Department of Health and Human Services' food guidelines and meet the current recommended dietary allowances for specific age groups are supplied to all Rhode Island Department of Corrections (RIDOC) incarcerated offenders.

II. **POLICY:**

A. RIDOC provides all incarcerated offenders in its custody with adequate diets.

B. If needed, medical and/or dental diets are prepared from specially developed menus and/or in accordance with approved diet manuals and served to offenders according to orders of the treating physician/dentist and/or as directed by the Medical Program Director or designee.