# APPENDIX G: NINE SIGNED AFFIDAVITS IN SUPPORT OF COMPLAINT

"AFFIDAVIT IN SUPPORT OF CIVIL ACTION COMPLAINT"

I, Juan G. Evora, Plaintiff hereby makes the following statement of facts under the penalty of perjury under 28 USCA 1746, both federal and state laws. I swear as follows to the best of my knowledge:

I am a practicing Muslim and am currently in the Maximum Security Facility, in Cranston, Rhode Island.

That since my incarceration within the Rhode Island Department of Corrections in January of 2004, I have been denied the constitutional right to free exercise of my religion, and denied equal protection of the constitutional fourteenth amendment right and laws.

That the Defendants' have violated my civil and legal rights along with the whole Islamic Sunni Ummah. The Defendants' violated the first, eighth and fourteenth amendments of the United States Constitution and Rhode Island Constitution.

The first amendment of the United States and Rhode Island Constitution states, freedom of religion, freedom to practice religion, and free exercise of religion. These constitutional rights have been violated by the named Defendants' et al.

The Defendants' are in violation of their own policies and the **CONSENT DECREE**, the Defendants' consented to in: **Jefferson Vs. Moran, C.A. No. 85-5003, entered** 12/12/85 amending state statutory law... R.I.G.L. 42-53-3 of the administrative procedures act. By the unlawful promugation of policies mentioned that went before the Providence Superior Court Judge Susan McGuirl and Judge Gilbert V. Indeglia, also well aware was Judge Rodgers, and the **CODE OF ETHICS** 3.14-1 R.I.D.O.C. Policy on State **Employees**, and the 26.-1-2 DOC; **RELIGIOUS PROGRAMS and SERVICES; Repeals** 26.01-1 DOC 5.06.02-1, 5.06.03-1. Policy 26.01-2 DOC page 7 of 11 dated 01/22/03, (5.) **RELIGIOUS ACTIVITIES** each accredited religious organization is

encouraged to plan its own activities using the appropriate community and institutional resources. Religious activities include, but are not necessarily limited to: worship services, religious instruction, reading and study, religious discussion groups, and pastoral counseling.

<u>SPECIAL DIETS</u> a. The inmate menu is written to accommodate the diet restrictions of Jewish and Muslim inmates. Request for additional accommodations based on religion should be initiated by interested inmates and submitted to the Assistant Director of Rehabilitative Services (PROGRAMS) office. The Defendants' do not honor this request fully, as will be stated within.

Defendants' violated and are still violating the **CODE OF ETHICS 3.14-1 DOC page 6 Of 13... (4). RELATIONSHIPS WITH OFFENDES ... a. <u>CIVIL RIGHTS OF OFFENDERS</u>** (1) Staff shall protect the civil and legal rights of each member of the offender population. This is not done by Defendants' as will be fully stated within... (2) The actions and judgments of staff in the exercise of duties which bring them in contact with the offender population shall not be influenced by personal feelings, attitudes, or prejudice towards an individual or group. Many of the Defendants' are racist against the Muslim Ummah (Muslim inmates) population, they belittle, and utilize reprisal tactics treating Muslims as terrorist. Daily reprisal tactics are utilized against the Muslim Sunni Ummah for no other reason then the fact, Muslim following the Holy Quran and Fiqh-us-Sunnah.

Because I am a practicing Sunni Muslim, I am being put through cruel and unusual punishment in violation of the United States Constitution and Rhode Island Constitution, that being the violation of my first amendment right to religious diet, which in turn led up to the eighth amendment violation and fourteenth amend-

ment of the United States Constitution and Rhode Island Constitution;

I am not being giving the proper dietary requirements, and the medical records of weight loss will prove this, and exhibits that are submitted along with the civil complaint (class action). Through the hardships, reprisal tactics, I remain striving in the **Deen (ISLAM)** and practicing my Islamic Faith. All in compliance with the **FIVE PILLARS of ISLAM.** I pray to be granted the right to pray **free exercise of religion** in congragation which is in compliance with Qur'an and Sunnah (Islamic Law).

In compliance to the Decree of Allah (SWT) I strive to adhere to the Holy Qur'an and Fiqh-us-Sunnah (Fiqh: Islamic Jurisprudence, and, Sunnah: The legal way or ways, orders, acts of worship and statements of the Prophet (Muhammad (SAW) ), that have become models to be followed by the Muslims. To strive for complete and full knowledge of Tauhid (Islamic Monotheism): Tauhid means declaring Allah to be the only God. It has three aspects: (A) Oneness of the Lordship of Allah; Tauhid-ar-Rubiyyah: To believe that there is only one Lord for all the universe and He is its Creator, Organizer, Planner, Sustainer, and the Giver of security, and that is Allah. (B) Oneness of the worship of Allah; Tauhid-al-Uluhiyyah: To believe that none has the right to be worshipped [e.g. praying, invoking, asking for help (from the unseen), swearing, slaughtering sacrifices, giving charity, fasting, pilgrimage, etc.], but Allah. (C) Oneness of the Names and the Qualities of Allah; Tauhid-al-Asma was-Sifat: To believe that: (i) we must not name or qualify Allah except with what He or His Messenger (SAW) has named or qualified Him; (ii) none can be named or qualified with the Names or Qualifications of Allah; e.g. Al-Karim; (iii) we must believe in

all the qualities of Allah which Allah has stated in His Book (the Holy Qur'an) or mentioned through His Messenger Muhammad (SAW) without changing their meaning or ignoring them completely or twisting the meanings or giving resemblance to any created things; e.g. Allah is present over His Throne and mentioned in the Qur'an verse 20:5 "The Most Gracious (i.e. Allah) rose over (Istawa) the (Mighty) Throne" over the seventh heaven; and He comes down over the first (nearest) heaven (to us) during the day of 'Arafah (Hajj, i.e. 9th Dhul-Hijjah) and also during the last third part of the night, as mentioned by the Prophet Muhammad (SAW), but He is with us by His Knowledge, not by His Personal Self (Bi-Dhatihi), "there is nothing like unto Him, and He is the All-Hearer, the All-Seer." (The Qur'an verse 42:11).

This Noble Verse proves the quality of hearing and the quality of sight for Allah without likening it (or giving resemblance) to others; and likewise He also says: "To one whom I have created with Both My Hands." (V. 38:75); and He also says: "The Hand of Allah is over their hands." (V. 48:10). This confirms two Hands for Allah, but there is no similarity for them.

This is the Faith of all true believers (Muslims), and was the Faith of all the Prophets of Allah from Nuh (Noah), Ibrahim (Abraham), Musa (Moses) and Isa (Jesus) till the last of the Prophets, Muhammad (SAW). It is not like as some people think that Allah is present everywhere, here, there and even inside the breast of men.

These three aspects of Tauhid are included in the meaning of La-ilaha ill-Allah (none has the right to be worshipped but Allah.

It is also essential to follow Allah's Messenger Muhammad (SAW) Wajub Al-Ittiba' and it is a part of Tauhid-al-Uluhiyyah.

this is included in the meaning: "I testify that Muhammad (SAW) is the Messenger of Allah" and this means, "None has the right to be followed after Allah's Book (the Qur'an), but Allah's Messenger Muhammad (SAW). [See the Qur'an (V.59:7) and (V.3:31)].

I aver that the Defendants treatment of the Muslims constitutional rights, has led to constitutional violations of the first, Eighth, and Fourteenth Amendments of both the United States and Rhode island Constitutions:

1.) The First Amend. entitles all citizens to freedom of religion, free exercise of religion, the right to practice and worship in accordance with religious beliefs (Islamic Faith).

2.) The Eighth Amend. entitles all citizens to be free from cruel and unusual punihment. The Defendants are in the routine habit of practice of causing Muslim inmates hardship, punishments for just praying, reading, or studying Arabic Holy Text of Al-Qur'an the Book of Allah, threats of segregation, cells being trashed, or to be belittled, even personal harm to physical body, and the food amount served to the Muslim population is cruel and unusual punishment, and unhumane treatment. [See exhibit- that is attached of food dietary list and meals documented].

I, Juan Evora, I.D.# 75069, hereby swear to the above affidavit under the penalty of perjury under both Federal and State laws to the best of my knowledge under 28 USCA 1746.

Date: 2/22/08

Juan H. Evora
Signed under the penalty of perjury
[28 USCA 1746]

"AFFIDAVIT IN SUPPORT OF CIVIL ACTION COMPLAINT"

I, Tracey Barros, inmate of the Rhode Island Department of Corrections, Maximum Security Facility, in Cranston, R.I., of Providence County, hereby makes the following affidavit under the penalty of perjury under both Federal and State laws. I swear as follows to the best of my knowledge:

I'm one of many brothers (Sunni Muslims) inside the Maximum Security prison, complaining how We (as a community) are being treated behind these prison walls. The Department of Corrections is being very racist, very disrespectful towards us brothers (Sunni Muslims) in Islam. Before any situations get worse We (as a community) ask the courts to step in and help us out! The D.O.C. is not giving us Muslims our proper food, the D.O.C. is telling us we can't have congregational prayer outside in the yard together, the D.O.C. is also telling us we can't sit together in the library and study our religon and the Arabic language when this is obligatory in our Islamic faith.

These are important and serious issues that we are dealing with behind prison walls. We are asking for the courts to step on and stop the Department of Corrections from treating us as less than the human beings that we are.

I, Tracey Barros, I.D.#107650, hereby swear to the above affidavit under the penalty of perjury under both Federal and State laws to the best of my knowledge under 28 USCA 1746.

DATE: 2-22-08 Tracey Barros
Signed under the penalty of perjury
[28 USCA 1746]

"AFFIDAVIT IN SUPPORT OF CIVIL ACTION COMPLAINT".

I Terry L. Griffin, inmate of the Rhode Island Department of Corrections, Maximum Security Facility, in Cranston, R. I., of Providence County, hereby makes the following affidavit under the penalty of perjury under both Federal and State laws. I swear as follows to the best of my knowledge:

As long as I've been in this building since 2006, there has always been a conflict with some of the staff. They have time and time again said things about Muslims just to see if we are going to cause any problems. We are a peaceful people no matter what people think. We want the respect that all other religons in here in this building. It would also be nice if they fed us better. Thank you.

I, Terry L. Griffin, I.D.#64469, hereby swear to the above affidavit under the penalty of perjury under both Federal and State laws to the best of my knowledge under 28 USCA 1746.

DATE: ________ ________________________
Signed under the penalty of perjury
[28 USCA 1746]

"AFFIDAVIT IN SUPPORT OF CIVIL ACTION COMPLAINT"

I, James Barnes, inmate of the Rhode Island Department of Corrections, Maximum Security Facility, in Cranston, R.I., of Providence County, hereby makes the following affidavit under the penalty of perjury under both Federal and State laws. I swear as follows to the best of my knowledge:

On several occaisons I have expierienced discrimination because I'm a Muslim striving to live a pious life. But how can I when the DOC staff won't allow us to study in the prison population library, calling us a gang!

Islam is a religon and we don't practice hate, that's not allowed: We follow Qur'an and Sunnah (the teachings of the Prophet Muhammad - Please and Blessings Be Upon Him). And the more I view this , I see that we are being treated unfairly. We have D.O.C. staff saying that they are going to break up this Muslim sh*t.

We don't disrespect the rules or regulations here, nor cause problems. We are just looking for our respect as Muslims, and not how the media views us, but we are instead being treated in here as though we are prisoners of war.

I, James Barnes, I.D.#129679, hereby swear to the above affidavit under the penalty of perjury under both the Federal and State laws to the best of my knowledge under 28 USCA 1746.

DATE 2/22/08 James Barnes
Signed under the penalty of perjury
[28 USCA 1746]

"AFFIDAVIT IN SUPPORT OF CIVIL ACTION COMPLAINT"

I, Alvin Smith, inmate of the Rhode Island Department of corrections, Maximum Security Facility in Cranston, R.I. of Providence County, hereby makes the following affidavit under the penalty of perjury under both Federal and State laws. I swear as follows to the best of my knowledge:

The Holy Qur'an tells Muslims in Surah 5, verses 3-4: "Forbidden to you (for food) are: Dead meat, Blood, the flesh of Swine, and that on which hath been invoked the name other than Allah."

Prayer is the foundation of Islam. We as Muslims must pray five (5) times a day at their stated times. If we as Muslims are out in the prison yard, we are ordered by Allah to pray together in congregational prayer. This also is a part of the religon of Islam.

The Holy Qur'an also tells us Muslims in Surah 62, verse 9: "O You who believe! When you hear the call to Friday

Prayer, hasten to the rememberance of Allah and leave your trading. This is better for you only if you knew it." The Warden here at Maximum Security (A.C.I.) will not allow us to pray in the mosque if the Imam from the outside does not show up. It is a Holy Day for Muslims all over the world, that means we still make the prayer together as ordered by Allah, and our beloved Prophet Muhammad (Peace and Blessings Be Upon Him).

Also per order of Warden Weeden (A.C.I.) Maximum Security, Muslim inmates can no longer gather together coll-ectively as a group in the library (Bldg. #3) for the purpose of teaching, reading and or writing Arabic, and other such studies.

In a Maximum Security Newsletter, distributed in June 2007, page 2, paragraph 2 states:

> "BLDG. #3 RULES:
> The Reading & Law Libraries located in BLDG#3 are not to be used for recreation. They are to be uti-lized for there intended purpose, doing research or reading. Horseplay, loitering or loud and rowdy behavior will not be tolerated..."

Other inmates gather in the library around tables, but when the Muslims have Qur'ans out or read Arabic, now it's a problem. We, as Muslims, do not cause a disturbance and we use the library for its intended purpose.

//.

Not every inmate wants to occupy their time playing games all day, everyday. When you are up in age, you begin to see the true reality and uselessness of wasting time.

The Holy Qur'an tells Muslims in Surah 18, verse 27: "Recite (and teach) what has been revealed to thee of the Book (Qur'an) of thy Lord." This is a command from Allah and the Sunnah (the way and example) of our beloved Prophet Muhammad (Peace and Blessing Be Upon Him).

No other group is being singled our except Muslims.

I, Alvin Smith, I.D.#78916, hereby swear to the above affidavit under the penalty of perjury under both Federal and State laws to the best of my knowledge under 28 USCA 1746.

Date: 02.22.08

Signed under the penalty of perjury
[28 USCA 1746]

I, Jack C. Ruffner, inmate of the Rhode Island Department of Corrections, Maximum Security Facility in Cranston, R.I. of Providence County, hereby makes the following affidavit under the penalty of perjury under both Federal and State laws. I swear as follows to the best of my knowledge:

I am a Muslim who is doing a life-sentence, and I feel as though my rights are being violated by the Rhode Island D.O.C.. For example, I am constantly being ridiculed by certain staff members (officers), on a regular basis. Just today, an officer said from his own mouth, "I'm tired of doing sh*t for the Mosque," referring to making copies for Muslim inmates. Some time when I stand in line to recieve my dietary tray at chow, whichever C.O. is at that post will say something very derogatory. Yesterday, the warden told me and a few more of the Muslims that we can't sit together at the same table in the library. Why is it we can't come together in the library and read books together or study about our religon, but other inmates can sit in there together, not read any books, and just talk about foolishness and sports?

My religon requires that I eat foods that are in accordance with Islamic law. The dietary trays that we recieve from the kitchen is nothing less than a mere mockery of what we believe in as practicing Muslims. Instead of giving us the proper meat, they give us cheese on almost all occasions.

Don't get me wrong, we do receive fish portions and beans sometime! But for the most part, I eat so much cheese that I sometime have trouble when I try to have a bowel movement. Like right now, we're locked down, for what I don't know, but because I'm Muslim, this is what they give me to eat for the night: cheese, bread, apple, milk and a small bag of potatoe chips! Every inmate that's not Muslim, instead of cheese and bread, they recieve a chicken patty sandwich.

This is a grave injustice that I and other Muslims inmates continually get subjected to, on an everyday basis.

I Jack C. Ruffner, ID# 90813, hereby swear to the above affidavit under the penalty of perjury under both Federal and State laws to the best of my knowledge under 28 USCA 1746.

Date: 2-22-08

Jack Ruffner

Signed under the penalty of perjury
[28 USCA 1746]

"AFFIDAVIT IN SUPPORT OF CIVIL ACTION COMPLAINT"

I, James Hundley, Plaintiff hereby makes the follwing statement of facts under the penalty of perjury under 28 USCA 1746, both federal and state laws. I swear as follows to the best of my knowledge:

I am a practicing Muslim and am currently in the Maximum Security Facility, in Cranston, Rhode Island.

I am having problems regarding my religion and the food situation.

We're being told that we cant make congregation prayer in the recreational yard. In Islam it's obligatory that we pray wherever we're at when the time for prayer comes in.

We're also being told that we can't congregrate in the reading library to read and learn together. No on else that goes in the reading library was told tat they can no longer congregate in the library to read.

We are also having problems with the food situation. As a Muslim I am not allowed to eat any meat that's not slaughtered in the name of Allah (God) which is "halal" meat. We get beans and cheese on a daily basis.

I feel like my first admendment rights are being violated and I'm being discriminated against because of my religion. I would like for this matter to be addressed by the courts.

I, James Hundley, I.D.# 121405, hereby swear to the above affidavit under the penalty of perjury under both Federal and State laws to the best of my knowledge under 28 USCA 1746.

Date 2-22-08

James Hundley
Signed under the penalty of perjury
[28 USCA 1746]

## "AFFIDAVIT IN SUPPORT OF CIVIL ACTION COMPLAINT"

I, Dandridge Catus, inmate of the Rhode Island Department of Corrections, Maximum Security Facility, in Cranston, R.I., of Providence County, hereby makes the following affidavit under the penalty of perjury under both Federal and State laws. I swear as follows to the best of my knowledge:

I am a Muslim at the A.C.I.. I have expierienced unfair treatment that could be construed as harassment from the corrections officers that I feel is due to my religous beliefs. On numerous occasions I have heard derogatory statements about Muslims being directed toward myself and the other Muslims.

On several occasions they have given us the exact same meal for lunch and dinner or the very next day. No one else has to eat the exact same food for both lunch and dinner. We often receive less food than the rest of the population.

Our religon requires us to congregate and pray but we are prevented from doing so yet the rest of the population can congregate in large groups to walk the yard or to sun bathe and no one says a word. This is why I believe the unfair treatment is because of my religous belief.

I, Dandridge Catus, I.D.#126709, hereby swear to the above affidavit under the penalty of perjury under both Federal and State laws to the best of my knowledge under 28 USCA 1746.

Date: 2-22-08

Dandridge Catus
Signed under the penalty of perjury
[28 USCA 1746]

"AFFIDAVIT IN SUPPORT OF CIVIL ACTION COMPLAINT"

I, Omar Austin, inmate of the Rhode Island Department of Corrections, Maximum Security Facility, in Cranston, R.I., of Providence County, hereby makes the following affidavit under the penalty of perjury under both Federal and State laws. I swear as follos to the best of my knowledge:

I would like to voice issues concerning religous discrimination and the blatant excessive use of institutional policy, and the persecution of a single group. We Muslims were ordered not to pray together, a religous right that is obligatory in our religon.

The Muslims are obligated to adhere to our religous duties. Prayer, congregational learning or our religon, etc. This is a daily duty, mandatory for all Muslims around the world. We were told by the A.C.I. that we cannot teach each other about our religon. This violates our freedom of expression of religon. We are protected under the constitution to practice our religon so long as it does not threaten the daily orderly functioning of institutional regulations. Officer Hetu of the A.C.I.-Max made open racist verbal comments and attacks Islam every chance he gets. Any prevention from prayer and religous learning is against our rights.

We connot eat meat that is not in coherence with our religously observed diet. But, we've been forced to eat cheese or beans in every meal. We should be fed halal meat like Jewish prisoners who receive kosher trays.

I, Omar Austin, I.D.# 131428, hereby swear to the above affidavit under the penalty of perjury under both Federal and State laws to the best of my knowledge under 28 USCA 1746.

Date: 2/22/08

Omar Shariff Austin
Signed under the penalty of perjury
[28 USCA 1746]

"AFFIDAVIT IN SUPPORT OF CIVIL ACTION COMPLAINT"

I, Marvin Rubio, inmate of the Rhode Island Department of Corrections, Maximum Security Facility in Cranston, R.I. of Providence County, hereby makes the following affidavit under the penalty of perjury under both Federal and State laws. I swear as follows to the best of my knowledge:

I am a Muslim who is currently incarcerated at the A.C.I. Max. Prison. Since I have been in here, the prison's treatment of myself, in relation to the free excercise of my Muslim faith, has been horrible.

As a Muslim, I am required to follow strict dietary laws. One of the major restictions is that I cannot eat pork, or any other meat that was not slaughtered in accordance with Islamic Law. The A.C.I., though, in accomidating this restriction, will not feed me or any other Muslim any kind of meat; but they instead feed us three (3) slices of cheese, or sometimes nothing at all, when providing Muslims with a meat substitute when the general population is being served meat loaf, chicken , hamburgers, ham, and hot dogs. Occaisonally, the A.C.I. will give us Muslims a cup of beans or some fish as a substitute, but this rarely occurs, happening only a handful of times every month. If it's cost effective for the prison to serve cheese and bread to the Muslims every day, calling that an adequate diet, then

why don't they just that for the rest of the prison population as well.

Muslims are also required to pray five times a day as well, no matter where we are or what we're doing. When I and the other Muslims have made attempts to pray at the prescribed times, whether we be in the gymnasium, library, or cell block, the correctional officers have yelled at us and broken up our prayer, threatening to take us to isolation and discipline us if we continued to pray. Had we have continued to pray, we would've been sprayed with mace, taken to segregation, and kept in isolation for an unknown amount of time. At the same time though, there is a Mosque here in Maximum Security which we could be using to pray in, but the corrections staff will not allow us access to it.

Corrections staff are constantly, on a daily basis, making degrading comments against the Muslims. They call us "terrorists" and say that they're going to "break us up and shut us down." When we congregate in the prison library to discuss our faith and study our religon, the corrections staff will break us up and not allow the Muslims to sit at the same table together.

More and more, everyday, corrections staff are doing this and other things to numerous to describe, to prevent me and all the other Muslims in here from practicing our religon.

The Warden, and the Administration will not help us, and complaints against individual correctional staff go completely uninvestigated.

I, Marvin Rubio, I.D.#122621, hereby swear to the above affidavit under the penalty of perjury under both Federal and State laws to the best of my knowledge under 28 USCA 1746.

Date: 2-22-08

M. Rubio
Signed under the penalty of perjury
[28 USCA 1746]