Rhode Island Department of Corrections Foodservice

# Memo

**To:** C. O. Stewards, all securities

**From:** John Rogers

**CC:** A. T. Wall, J. Gadsden, R. Richman, M. Grant, A. Hameed, M. Rigney, M. Bonneau, D. Mathieu

**Date:** January 12, 2007

**Re:** Religious Diets

---

I have recently been advised by the legal staff that we are to provide a protein alternative for the meat portion of the meal when the request is made for religious (Muslim or other) reasons. This is the result of Federal Court rulings that states that a prison is to provide "a diet sufficient to sustain the prisoner in good health..."

The procedure will be for the inmate to submit a request for "no meat" diet. At the window or serving line, the inmate should identify themselves and request the no meat tray. After the inmate is verified as being on the no meat diet list, the tray is to be prepared. Any item containing meat is to be kept off the tray – beef, chicken, sauce, soups, or other. A protein alternative is to be provided. This will consist of cheese, fish, beans, egg salad, or other as directed.

Until the menu can be evaluated and formal changes made, use the attached list of substitutions for Saturday week one and for week two of the current menu cycle. If for some reason you do not have the substitution on hand, give one of the items listed above.