APPENDIX 1

*Here are the temporary changes for all no meat diets for Saturday week 1 and for week 2 of the current fall/winter menu cycle. Other changes will follow.*

| Saturday | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| Week 1 | Week 2 | Week 2 | Week 2 | Week 2 | Week 2 | Week 2 | Week 2 |
| **breakfast**<br>juice<br>pancakes/syrup<br>oleo<br>milk (1)<br>beverage/sugar | **breakfast**<br>juice<br>cereal<br>**fried eggs (3)**<br>bread/oleo<br>milk (1)<br>beverage<br>salt/pepper /sugar | **breakfast**<br>juice<br>French Toast<br>oleo/syrup<br>milk (1)<br>beverage<br>sugar | **breakfast**<br>juice<br>hot cereal<br>hard cooked eggs<br>bread/oleo<br>milk (1)<br>beverage<br>salt/pepper/sugar | **breakfast**<br>juice<br>hot cereal<br>pastry<br>milk (1)<br>beverage<br>sugar | **breakfast**<br>juice<br>cereal<br>hard cooked eggs<br>bread/oleo<br>milk (1)<br>beverage<br>salt/pepper/sugar | **breakfast**<br>juice<br>hot cereal<br>pastry<br>milk (1)<br>beverage<br>salt/ sugar | **breakfast**<br>juice<br>pancakes/syrup<br>oleo<br>milk (1)<br>beverage/sugar |
| **lunch**<br>rolls (2)<br>ketchup/mustard<br>**extra beans**<br>cole slaw<br>fruit<br>beverage | **lunch**<br>soup d'jour<br>pizza<br>salad/dressing<br>frozen ice<br>beverage | **lunch**<br>bean soup/crackers<br>**4 slices cheese**<br>grinder roll/mustard<br>fruit<br>beverage<br>salt/pepper | **lunch**<br>soup d'jour/crackers<br>**vegetarian beans**<br>bulkie roll<br>french fries<br>beverage<br>salt/pepper | **lunch**<br>**egg salad/bun (2)**<br>potato chips<br>salad/dressing<br>fruit<br>beverage<br>salt/pepper<br>ketchup & mustard | **lunch**<br>crackers<br>**tuna salad/**<br>**bulkie roll**<br>lettuce/tom/mayo<br>french fries<br>beverage | **lunch**<br>Manhattan Clam<br>chowder/crackers<br>grilled cheese sand(2)<br>onion rings<br>3 bean salad<br>beverage<br>salt/pepper | **lunch**<br>**rolls/ cheese**<br>**slices (4)**<br>french fries<br>cole slaw<br>mustard/ketchup<br>fruit<br>beverage |
| **supper**<br>**baked fish**<br>rice<br>onion-pepper)<br>bread/oleo<br>milk (1)<br>salt/pepper | **supper**<br>**vegetarian**<br>**beans**<br>mashed potatoes<br>cabbage/carrots<br>Italian bread/oleo<br>milk (1)<br>salt | **supper**<br>pasta aglio eolio<br>(w/ vegetable stock/<br>oil/garlic)<br>salad/dressing<br>Italian bread/oleo<br>milk (1)<br>salt/pepper | **supper**<br>**baked fish**<br>baked potato<br>corn<br>Italian bread/oleo<br>fruit<br>milk (1)<br>salt/pepper | **supper**<br>fish/tartar sauce<br>mashed potatoes<br>green beans<br>bulkie roll<br>milk (1)<br>salt/pepper | **supper**<br>**vegetarian**<br>**beans**<br>rice<br>carrots<br>bread/oleo<br>fruit<br>milk (1)<br>salt/pepper | **supper**<br>pasta primavera<br>with beans<br>(vegetable stock)<br>salad/dressing<br>Italian breadbread/oleo<br>fruit<br>milk (1)<br>salt/pepper | **supper**<br>**vegetarian**<br>**beans**<br>rice<br>bread/oleo<br>milk (1)<br>salt/pepper |

revised 1/21/07

1