APPENDIX J

# RHODE ISLAND DEPARTMENT OF CORRECTIONS POLICY AND PROCEDURE

| | | | |
|---|---|---|---|
| | POLICY NUMBER: 16.05-1 DOC | EFFECTIVE DATE: 06/07/04 | PAGE 1 OF 3 |
| | REPEALS: 16.05 DOC | DIRECTOR: Please use BLUE ink<br>Ashbel T. Wall II | |
| SECTION: FOOD SERVICE | | SUBJECT: MENU PLANNING | |

AUTHORITY: Rhode Island General Laws (RIGL) § 42-56-10 (22), Powers of the director

REFERENCES: ACA Standard #'s 4297, Dietary Allowances; 4298, Menu Planning; National Academy of Science Food and Nutrition Board's Recommended Dietary Allowances; RIDOC policy #'s 18.45-1 Diet; 26.01-2 DOC, Religious Programs and Services

INMATE / PUBLIC ACCESS? X YES

AVAILABLE IN SPANISH? X NO

I. **PURPOSE:**

To ensure menus are planned in advance and that all aspects of food nutrition, presentation, seasonal adjustments, as well as a rotating cycle, are considered in the menu planning process.

II. **POLICY:**

It is the responsibility of the Associate Director of Food Services, Rhode Island Department of Corrections (RIDOC), to ensure menus:

A. are planned in advance;

B. are reviewed and approved by a licensed Dietitian;

C. are reviewed with the Administrator of Physical Resources or designee, relative to anticipated changes and associated timeframes;

D. meet the National Academy of Science Food and Nutrition Board's Recommended Dietary Allowances; and

E. utilize tested recipes.

III. **PROCEDURE:**

A. Menu Planning

1. Menu planning requires input from the Associate Director of Food Services, Dietitian, Supervisor of Food Services, and Correctional Officer Stewards.

2. Aspects of the menu to be considered include:

a. nutritional value;

b. quality;

c. cost;

d. required equipment;

e. preparation time and methods;

NOTE: The following should be considered during the planning and preparation of all meals: food flavor, texture, temperature, appearance, and palatability.

f. current inventory as it relates to scheduled changes in the menu.

(1) The Administrator of Physical Resources or designee notifies the Associate Director of Food Services or designee at least twice a year of excess inventory items not being served on current or upcoming proposed menu cycles.

APPENDIX 3



B. Menu Cycle and Rotation

1. There is a twice-a-year menu cycle (spring/summer and fall/winter).

2. The menu is adjusted to reflect seasonal food offerings.

3. The menu is rotated every five (5) weeks, and reviewed quarterly by the Dietitian to determine whether adjustments are necessary.

C. Menu Format

1. All menus should meet the National Academy of Sciences Food and Nutrition Board's Recommended Dietary Allowances.

2. Tested recipes should be utilized and adjusted for a yield appropriate for the facility's size.

3. Emergency substitutions in meals actually served are noted, long-term substitutions are made in consultation with and approved by the Dietitian, and equal nutritional value is maintained.

a. Any menu deviation must be approved by the Associate Director of Food Services or the Supervisor of Food Services prior to the meal's being prepared.

(1) If the Associate Director of Food Services and the Supervisor of Food Services are unavailable and an emergency exists (e.g., power outage) where the menu item must be changed, the Correctional Officer Steward notifies the aforementioned parties and submits documentation of the incident to the aforementioned parties as soon after the meal as feasible.

4. All menus are certified for content by a licensed Dietitian.