Rev. 6/06

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

Corey A. Day
Plaintiff

v.

Ashbel T. Wall, Et. al.
Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: CA 08 161

I, Corey A. Day, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☑ Yes ☐ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration. R. I. Dept. of Corrections.

   Are you employed at the institution? ☐ Yes ☑ No

   Do you receive any payment from the institution? ☐ Yes ☑ No

   If the answer is "Yes,", attach a certified ledger sheet from the institution(s) of your incarceration showing at least the past (6) **six** months' transactions.

2. Are you currently employed? ☐ Yes ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer. Also, please explain how you have been supporting yourself. Last employed: January/2004. I am a prisoner, therefore all my needs are supported by the prison.

3. Have you received in the past (12) twelve months, or do you anticipate receiving in the future, any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
| d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
| e. | Gifts or inheritances | ☐ Yes | ☑ No |
| f. | Any other persons or sources | ☐ Yes | ☑ No |

If the answer to any of the above is "Yes," describe each source of money and state the amount received and what you expect you will continue to receive.

4. List anyone who helps support you or shares support in any way and describe the type and amount of such support for the last twelve months. If no one, write "NO ONE."
NO ONE.

5. Do you have **any** cash or checking or savings accounts? ☐ Yes ☒ No

If "Yes," state the total amount. ______

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☒ No

If "Yes," describe the property and state its value. ______

7. Have you transferred any assets within the last 12 months prior to filing the application? ☐ Yes ☒ No

If "Yes," describe the asset and state its value. ______

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you actually contribute to their support. Please list minor children by initials only. NO ONE.

I declare under penalty of perjury that the above information is true and correct.

4-28-2008 [signature]

Date Signature of Applicant

**NOTICE TO PRISONER**: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

FOR COURT PURPOSES ONLY:

☐ APPROVED ☐ DENIED

U.S. MAGISTRATE JUDGE DATE

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Corey A. Day, Plaintiff, ProSe.

Vs. Civil Action Number:______________

Ashbel T. Wall, Et al., Defendants.

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S**
**APPLICATION FOR IN FORMA PAUPERIS STATUS**

I, Corey A. Day, inmate of the Rhode Island Department of Corrections, Maximum Security Facility in Cranston, R.I., of Providence County, hereby make the following affidavit under the penalty of perjury under both Federal and State laws. I swear as follows to the best of my knowledge:

I have no assets whatsoever, nor any income, or any other source of finance. I am currently serving a twenty(20) to forty (40) year sentence in State Prison, and have been incarcerated since I was a minor on this current offense. Consequently, I have never obtained any meaningful employment in my lifetime. I am in debt in excess of $6000.00¢. I currently have restitution hearings pending on the current charges for which I am incarcerated. The minimum amount of restitution which may be imposed ranges from a statutory minimum of $25,000.00¢ to a statutory maximum of $100,000.00¢. I currently have a judgement entered against me in the Washington County, Rhode Island Superior Court for court fines in the amount of $1000.00¢. I am not currently employed at the A.C.I..

I, Corey A. Day, hereby swear to the above affidavit under the penalty of perjury under both Federal and State laws to the best of my knowledge under 28 USCA § 1746.

Date: 4-28-08

[signature]
Signed Under the Penalty of Perjury
[28 USC 1746]

**Inmate Statement**
**Transactions between 10/1/2007 and 4/23/2008**

Inmate ID: 127574
Name: DAY, COREY
Status: Active

Block: MAX
Tier: PRUD
Cell: P2-09

| Date | Transaction | Description | Transaction Amount | Total Funds | Debt Balance | Encumbered Funds | Spending Balance |
|---|---|---|---|---|---|---|---|
| **10/01/2007** | **-** | **BEGINNING BALANCES** | **-** | **313.60** | **0.00** | **272.26** | **41.34** |
| 10/02/2007 | EPR | OID:100735042-ComisaryPurch-Reg | -5.60 | 308.00 | 0.00 | 272.26 | 35.74 |
| 10/04/2007 | CASH A GE | RONALD DAY | 50.00 | 358.00 | 0.00 | 272.26 | 85.74 |
| 10/09/2007 | EPR | OID:100737258-ComisaryPurch-Reg | -7.50 | 350.50 | 0.00 | 272.26 | 78.24 |
| 10/10/2007 | CHECK TRANSFER | AMERICAN ARAB/C. DAY 127574 | -4.00 | 346.50 | 0.00 | 272.26 | 74.24 |
| 10/23/2007 | BATCH CHECK | CCRI/MAX | 20.00 | 346.50 | 20.00 | 272.26 | 74.24 |
| 10/23/2007 | <BATCH CHECK> | CCRI/MAX | -20.00 | 326.50 | 0.00 | 272.26 | 54.24 |
| 10/30/2007 | EPR | OID:100746224-ComisaryPurch-Reg | -17.77 | 308.73 | 0.00 | 272.26 | 36.47 |
| 11/03/2007 | ERF | OID:100746224-ComisaryRefund-Reg | 4.10 | 312.83 | 0.00 | 272.26 | 40.57 |
| 11/06/2007 | EPR | OID:100748900-ComisaryPurch-Reg | -8.74 | 304.09 | 0.00 | 272.26 | 31.83 |
| 11/07/2007 | EPR | OID:100749703-ComisaryPurch-Reg | -20.22 | 283.87 | 0.00 | 272.26 | 11.61 |
| 11/07/2007 | CASH A GE | RONALD DAY | 40.00 | 323.87 | 0.00 | 272.26 | 51.61 |
| 11/13/2007 | EPR | OID:100751387-ComisaryPurch-Reg | -12.39 | 311.48 | 0.00 | 272.26 | 39.22 |
| 11/27/2007 | EPR | OID:100756915-ComisaryPurch-Reg | -12.22 | 299.26 | 0.00 | 272.26 | 27.00 |
| 11/28/2007 | EPR | OID:100757613-ComisaryPurch-Reg | -22.99 | 276.27 | 0.00 | 272.26 | 4.01 |
| 12/04/2007 | EPR | OID:100759114-ComisaryPurch-Reg | -4.00 | 272.27 | 0.00 | 272.26 | 0.01 |
| 12/05/2007 | CASH A GE | RONALD DAY | 40.00 | 312.27 | 0.00 | 272.26 | 40.01 |
| 12/07/2007 | EPR | OID:100761958-ComisaryPurch-Reg | -16.45 | 295.82 | 0.00 | 272.26 | 23.56 |
| 12/10/2007 | LEGAL COPY | LAW LIBRARY NOV 07 | 0.35 | 295.82 | 0.35 | 272.26 | 23.56 |
| 12/10/2007 | <LEGAL COPY> | LAW LIBRARY NOV 07 | -0.35 | 295.47 | 0.00 | 272.26 | 23.21 |
| 12/16/2007 | ERF | OID:100761958-ComisaryRefund-Reg | 16.45 | 311.92 | 0.00 | 272.26 | 39.66 |
| 12/18/2007 | EPR | OID:100764380-ComisaryPurch-Reg | -6.50 | 305.42 | 0.00 | 272.26 | 33.16 |
| 12/19/2007 | CHECK TRANSFER | HUDAA BOOKS/C. DAY 127574 | -22.75 | 282.67 | 0.00 | 272.26 | 10.41 |
| 01/04/2008 | LEGAL COPY | LEGAL COPIES 11/28-12/28 MAX | 0.55 | 282.67 | 0.55 | 272.26 | 10.41 |
| 01/04/2008 | <LEGAL COPY> | LEGAL COPIES 11/28-12/28 MAX | -0.55 | 282.12 | 0.00 | 272.26 | 9.86 |
| 01/07/2008 | CASH A LU | RONALD DAY | 40.00 | 322.12 | 0.00 | 272.26 | 49.86 |
| 01/07/2008 | CHECK TRANSFER | AMERICAN ARAB/C. DAY 127574 | -1.00 | 321.12 | 0.00 | 272.26 | 48.86 |
| 01/15/2008 | PAYROLL MAX | CONDIMENT WORKER | 31.00 | 352.12 | 0.00 | 280.01 | 72.11 |
| 01/22/2008 | EPR | OID:100778291-ComisaryPurch-Reg | -12.51 | 339.61 | 0.00 | 280.01 | 59.60 |
| 01/23/2008 | CHECK TRANSFER | HUDAA BOOKS/C. DAY 127574 | -30.75 | 308.86 | 0.00 | 280.01 | 28.85 |
| 01/29/2008 | EPR | OID:100780897-ComisaryPurch-Reg | -13.69 | 295.17 | 0.00 | 280.01 | 15.16 |
| 01/30/2008 | EPR | OID:100781210-ComisaryPurch-Reg | -1.22 | 293.95 | 0.00 | 280.01 | 13.94 |

**Inmate Statement**
**Transactions between 10/1/2007 and 4/23/2008**

Inmate ID: 127574
Name: DAY, COREY
Status: Active

Block: MAX
Tier: PRUD
Cell: P2-09

| Date | Transaction | Description | Transaction Amount | Total Funds | Debt Balance | Encumbered Funds | Spending Balance |
|---|---|---|---|---|---|---|---|
| 02/03/2008 | ERF | OID:100780897-ComisaryRefund-Reg | 13.69 | 307.64 | 0.00 | 280.01 | 27.63 |
| 02/04/2008 | ERF | OID:100781210-ComisaryRefund-Reg | 1.22 | 308.86 | 0.00 | 280.01 | 28.85 |
| 02/04/2008 | CASH A GE | RONALD DAY | 150.00 | 458.86 | 0.00 | 280.01 | 178.85 |
| 02/05/2008 | EPR | OID:100782909-ComisaryPurch-Reg | -22.61 | 436.25 | 0.00 | 280.01 | 156.24 |
| 02/06/2008 | EPR | OID:100783784-ComisaryPurch-Reg | -3.00 | 433.25 | 0.00 | 280.01 | 153.24 |
| 02/08/2008 | CHECK TRANSFER | HUDAA BOOKS/DAY COREY 127474 | -26.75 | 406.50 | 0.00 | 280.01 | 126.49 |
| 02/12/2008 | EPR | OID:100785968-ComisaryPurch-Reg | -19.05 | 387.45 | 0.00 | 280.01 | 107.44 |
| 02/13/2008 | EPR | OID:100786460-ComisaryPurch-Reg | -0.61 | 386.84 | 0.00 | 280.01 | 106.83 |
| 02/13/2008 | CHECK TRANSFER | HUDAA BOOKS/C. DAY 127574 | -26.75 | 360.09 | 0.00 | 280.01 | 80.08 |
| 02/13/2008 | LEGAL COPY | LAW LIBRARY JAN 08 | 2.95 | 360.09 | 2.95 | 280.01 | 80.08 |
| 02/13/2008 | <LEGAL COPY> | LAW LIBRARY JAN 08 | -2.95 | 357.14 | 0.00 | 280.01 | 77.13 |
| 02/14/2008 | LEGAL COPY | LEGAL COPIES 12/28-1/31 MAX | 16.70 | 357.14 | 16.70 | 280.01 | 77.13 |
| 02/14/2008 | <LEGAL COPY> | LEGAL COPIES 12/28-1/31 MAX | -16.70 | 340.44 | 0.00 | 280.01 | 60.43 |
| 02/15/2008 | PAYROLL MAX | CONDIMENT WORKER | 46.50 | 386.94 | 0.00 | 291.64 | 95.30 |
| 02/26/2008 | EPR | OID:100790823-ComisaryPurch-Reg | -45.22 | 341.72 | 0.00 | 291.64 | 50.08 |
| 02/27/2008 | CHECK TRANSFER | HUDAA BOOKS/C. DAY 127574 | -34.00 | 307.72 | 0.00 | 291.64 | 16.08 |
| 03/11/2008 | EPR | OID:100796577-ComisaryPurch-Reg | -2.50 | 305.22 | 0.00 | 291.64 | 13.58 |
| 03/14/2008 | PAYROLL MAX | CONDIMENT WORKER | 58.00 | 363.22 | 0.00 | 306.14 | 57.08 |
| 03/16/2008 | ERF | OID:100796577-ComisaryRefund-Reg | 2.50 | 365.72 | 0.00 | 306.14 | 59.58 |
| 03/17/2008 | CHECK TRANSFER | HUDAA BOOKS/C. DAY 127574 | -13.00 | 352.72 | 0.00 | 306.14 | 46.58 |
| 04/08/2008 | EPR | OID:100807243-ComisaryPurch-Reg | -28.00 | 324.72 | 0.00 | 306.14 | 18.58 |
| 04/09/2008 | EPR | OID:100807919-ComisaryPurch-Reg | -2.86 | 321.86 | 0.00 | 306.14 | 15.72 |
| 04/14/2008 | POSTAGE | POSTAGE | 2.87 | 321.86 | 2.87 | 306.14 | 15.72 |
| 04/14/2008 | <POSTAGE> | POSTAGE | -2.87 | 318.99 | 0.00 | 306.14 | 12.85 |
| 04/15/2008 | PAYROLL MAX | CONDIMENT WORKER | 62.00 | 380.99 | 0.00 | 321.64 | 59.35 |
| 04/15/2008 | LEGAL COPY | LEGAL COPIES 2/28-3/28 MAX | 0.40 | 380.99 | 0.40 | 321.64 | 59.35 |
| 04/15/2008 | <LEGAL COPY> | LEGAL COPIES 2/28-3/28 MAX | -0.40 | 380.59 | 0.00 | 321.64 | 58.95 |
| 04/20/2008 | ERF | OID:100807919-ComisaryRefund-Reg | 2.86 | 383.45 | 0.00 | 321.64 | 61.81 |
| 04/22/2008 | EPR | OID:100811796-ComisaryPurch-Reg | -6.85 | 376.60 | 0.00 | 321.64 | 54.96 |
| 04/23/2008 | EPR | OID:100813201-ComisaryPurch-Reg | -2.64 | 373.96 | 0.00 | 321.64 | 52.32 |

**Inmate Statement**
**Transactions between 10/1/2007 and 4/23/2008**

Inmate ID: 127574
Name: DAY, COREY
Status: Active

Block: MAX
Tier: PRUD
Cell: P2-09

| Date | Transaction | Description | Transaction Amount | Total Funds | Debt Balance | Encumbered Funds | Spending Balance |
|---|---|---|---|---|---|---|---|

| FUNDS BALANCES ON 04/23/2008 | | | | | DEBT BALANCE ON 04/23/2008 |
|---|---|---|---|---|---|
| Total Funds | - | Encumbered | = | Spending Balance | |
| $ 373.96 | | $ 321.64 | | $ 52.32 | $ 0.00 |

*Attention: - This money can not be accessed per state law.

• The costs for legal research, postage, and personal needs, will quickly exhaust this amount overnight. I am not employed at the A.C.I., and I have no other source of income.

Arthur D. Bedard (signature)

Arthur D. Bedard
Bus. Mgmt. Officer
Inmate Accounts
04/23/08