**UNITED STATES DISTRICT COURT FOR THE RHODE ISLAND**

Corey A. Day, Plaintiff, ProSe. CA 08 161

Vs. Civil Action No.________________

Ashbel T. Wall, Et al. , Defendants.

MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to 28 U.S.C. § 1915(e)(1) plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law. The law library facilities availble to him are so poorly understocked and out of date that even the most recent United States Codes (USC) that are available to him, date back to the 1980's. There are almost no Federal forms and other desperately needed material that would undoubtedly be needed for even the most of litigation procedures that will be required in this case. Furthermore, the Plaintiff has little to no money avaiable to him, yet the A.C.I. charges a 5¢ per page fee for copies, this will easily exhaust the Plaintiff's limited funds overnight.

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

4. This case requires further investigation that the Plaintiff is incapable of fulfilling due to his incarceration status.

5. Expert testimony will undoubtedly be required in this case.

**WHEREFORE**, plaintiff prays that this Honorable Court will appo- int him the desperately needed counsel that he needs, in light of the compeling circumstances of this case and aforementioned facts.

Respectfully Submitted,

Corey A. Day

Corey A. Day, Pro Se.
P.O. Box 8273
Cranston, R.I. 02920

Date: 4-28-08