# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
## INTER-DEPARTMENTAL MEMO
## MAXIMUM / HIGH SECURITY

Memorandum to: Corey Day

Identification #: 127574

From: James Weeden, Warden

Department: Maximum/High Security

Date: May 29, 2008

Subject: **Meeting with Co-Plaintiffs**

Policy # 24.14-1DOC "Meetings Between Inmates to Discuss Active Lawsuits" allows for inmates to meet to discuss active law suits. Eligible inmates must be normal "A" status inmates and inmates who are living in general population. Your co-defendant inmate Juan Evora does not fit that eligibility since he is currently being held in disciplinary confinement. It also states exceptions may be granted solely by the Warden.

Your request is denied for not meeting the eligibility criteria. The policy also states you may appeal denials through policy # 13.10-1 DOC "Inmate Gr ievance Procedure" .

CC: M. Grant
File

# RHODE ISLAND DEPARTMENT OF CORRECTIONS
# POLICY AND PROCEDURE

| | | | |
|---|---|---|---|
| | POLICY NUMBER: 24.14-1 DOC | EFFECTIVE DATE: 06/12/06 | PAGE 1 OF 4 |
| | SUPERCEDES: 24.14 DOC | DIRECTOR: Please use BLUE ink. | |

| | |
|---|---|
| SECTION: MAIL, TELEPHONE, VISITING | SUBJECT: MEETINGS BETWEEN INMATES TO DISCUSS ACTIVE LAWSUITS |

AUTHORITY: Rhode Island General Laws (RIGL) § 42-56-10 (22), Powers of the director; 42-56-1, Declaration of policy

REFERENCES: ACA Standard # 3-4442; 598 F Supp. 607 (1984), Dooley v. Quick; 13.10-1 DOC, Inmate Grievance Procedure

INMATE /PUBLIC ACCESS? X YES

AVAILABLE IN SPANISH? X NO

I. PURPOSE:

To delineate the circumstances under which inmates may meet to discuss joint legal claims and to specify the request, approval or denial, and appeal processes relative to such meetings.

II. POLICY:

A. The Rhode Island Department of Corrections (RIDOC) allows inmates who are pro se co-plaintiffs or pro se co-defendants in filed court actions to meet to discuss active lawsuits.

B. No inmates are denied the opportunity to meet because of the content of their lawsuit(s).

C. Limitations on meetings between inmates are based on facility schedule, space, and staffing constraints, or in the interest of safety and security of the staff, inmate population, and/or general public.

D. Inmates have access to facility law libraries in which legal research may be carried out.

E. Prison law librarians are available to assist inmates in researching, preparing, and filing legal papers.

## III. PROCECURES:

A. Eligible Inmates:

1. Inmates who are pro se co-plaintiffs or pro se co-defendants in filed court actions;

2. Inmates who are on normal "A" status;

3. Inmates who are living in the general population.

Exceptions may be granted solely by the Warden/designee.

B. Inmate Requests for Meetings:

1. The number of inmates allowed to meet to discuss active joint legal claims is limited to two (2).

2. Both inmates must submit a Request Form (Attachment 1) ("pink slip") to their respective Wardens/designees, which are answered within five (5) working days after receipt. Request Forms may be obtained through the inmates' housing unit correctional officers (C/O's) or counselors.

3. Written requests to the Warden(s)/designee(s) must include proof that a legitimate lawsuit exists, specifically, a copy of the pleading (complaint or answer).

C. Warden/Designee Responses:

1. Wardens/designees respond to requests for meetings between inmates to discuss active joint legal claims within five (5) working days after receipt of Request Forms.

2. Denials must include specific reason(s) for denial.

3. Permission for meetings between inmates may be denied for a number of reasons, including, but not necessarily limited to:

   There is good reason to believe such a meeting would adversely affect the security and control of the facility. If, for instance:

   a. The inmates are known enemies; or

   b. The inmates are planning an escape or any other activity(ies) which would be disruptive.

D. Conditions:

Meetings between inmates to discuss active joint legal claims are subject to the following conditions:

1. If the inmates are not housed within the same facility, both affected Wardens/designees must approve the meeting.

2. Generally, inmates in the lower custody grade travel to the higher custody facilities for meetings (MIN to a secured facility, MED to MAX, etc.). Exceptions must be approved by the Wardens/designees of both affected facilities.

3. The Warden/designee of the facility in which the meeting will occur determines meeting dates, times, and durations.

4. Meetings occur in areas designated by the Warden/designee.

5. Discussion of the immediate lawsuit is the only purpose of the meeting.

E. Inmate Appeals of Denials:

Inmates may appeal denials through 13.10-1 DOC, Inmate Grievance Procedure, or a successive policy.