UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COREY DAY, PLAINTIFF

VS. CIVIL ACTION NO. 08-161ML

ASHBEL T. WALL, ET AL., DEFENDANTS

**MOTION FOR SERVICE OF SUMMONS**

Now comes the Plaintiff, Corey Day, in a motion for service of process of the Summons and Complaint in the above entitled action, by the United States Marshals Service. In support of this motion the Plaintiff avers the following:

1. On May 21, 2008, the Plaintiff delivered a copy of the Complaint, along with a Notice of Lawsuit and Request to Waive Service of Summons, and Waiver of Summons forms. All of the five named Defendants were sent a copy of these documents via Department of Correction's **Interdepartmental Mail**, pursuant to instructions recieved by the Plaintiff from the District Court Clerk's Office. **SEE: APPENDIX A.**

2. The Defendants were given the standard 30 days to return the signed waiver of summons. The 30 day time limit for the Defendants to return the signed waiver expired on July 3, 2008. The Defendants have failed to return any of the waiver of summons forms as of the present date. **SEE APPENDIX B.**

3. Certification of Service forms were executed for each of the named Defendants upon delivery of the aforementioned documents. **SEE APPENDIX C.**

4. The Plaintiff was granted In Forma Pauperis status by the court, on May 13, 2008. The Plaintiff does not have the funds to effectuate service at his own expense. **SEE APPENDIX D.**

5. Good faith efforts have been made by the Plaintiff to provide the Defendants with the opportunity to cooperate in saving unnecessary expenses of serving a summons and complaint.

**WHEREFORE** the Plaintiff respectfully requests that this Honorable Court grant an order for service of the Summons and Complaint upon the Defendants by the United States Marshals Service, and that the Court order the Defendants to pay the the cost of the Service of Summons and Complaint.

Respectfully Submitted,

Date: 7-4-08

Corey A. Day, Pro Se.
P.O. Box 8273
Cranston, RI 02920

CERTIFICATION OF SERVICE

I, Corey A. Day, hereby certify that I sent a true copy of the enclosed Motion and Memorandum of Law to the United States District Court Clerk's Office, located in Providence, RI, via United States Postal Service First Class Mail. I declare this pursuant to **28 USCA 1746.**

Corey Day, Pro Se.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COREY A. DAY, PLAINTIFF

VS. CIVIL ACTION NO. 08-161 ML

ASHBEL T. WALL, ET AL., DEFENDANTS

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure provides for the well known process by which a Plaintiff may request a Defendant to waive the service of a summons in order to save costs.

> -RULE 4(d) Waiving Service, states in part:
> "(1) Requesting a Waiver. An individual, corporation, or association that is subject to service under Rule 4(e), (f), or (h), has a duty to avoid to avoid unnecessary expenses of serving the summons. The plaintiff may notify a defendant that an action has been commenced and request that the defendant waive service of a summons..."

The Defendants in the above entitled matter were all sent a copy of the Complaint, Notice of Lawsuit and Request for Waiver of a Summons, and Waiver of Summons forms. The Defendants were all served via Department of Correction's **InterDepartmental Mail**. The Defendants were given 30 days to return a Waiver of Summons. The 30 day limit has expired as of July 3, 2008, and no Waiver of Summons has been returned by any of the Defendants in this matter.

Rule 4(d)(2) states in part:

> -"**Failure to Waive. If a defendant located within the United States fails, without good cause, to sign and return a waiver requested by a plaintiff located within the United States, the court must impose on the defendant:**
>
> **(A) the expenses later incurred in making service; and**
>
> **(B) the reasonable expenses, including attorney's fees, of any motion required to collect those service expenses."**

The Plaintiff in this matter was granted In Forma Pauperis Status by the Court, and he is without funds to otherwise effectuate service at his own expense. **SEE: APPENDIX D.**

In light of the Defendants' failure to return the Waiver of Summons, the Plaintiff requests that this Honorable Court grant an order to effectuate service of the Complaint and Summons upon the Defendants, by the United States Marshals Service, and that this Court order the Defendants to pay the cost of service in this matter.

Respectfully Submitted,

[signature]

Date: 7-4-08

Corey Day, Pro Se.
P.O. Box 8273
Cranston, RI 02920