# INDEX OF APPENDICIES

**APPENDIX A:** LETTER FROM CLERK'S OFFICE.

**APPENDIX B:** NOTICE OF LAWSUIT AND WAIVER OF SUMMONS FORMS.

**APPENDIX C:** CERTIFICATION OF SERVICE FORMS.

**APPENDIX D:** INMATE MONEY LEDGER.

David A. DiMarzio
Clerk of Court

***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

Paulette Dube
Chief Deputy Clerk

TO: Corey Day DATE: May 19, 2008

RE: Corey Day v. Ashbel T. Wall, II, et al
CA 08-161ML

Dear Mr. Day:

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, you are required to effect service on the named defendant(s). Service upon defendants who are employees of the Adult Correctional Institution (ACI) can be accomplished by mailing, **via interdepartmental mail**, a copy of the Complaint along with the attached forms.

The first form is the "Notice of Lawsuit and Request for Waiver of Service of Summons" and the second form is titled "Waiver of Service of Summons". You should complete one copy of the "Notice of Lawsuit" form and two copies of the "Waiver of Service" form for each defendant. Once you have completed the forms, then mail, via interdepartmental mail, a copy of the Complaint and the above mentioned forms to each defendant.

If a defendant returns to you a "Waiver of Service" form, you do not need to do anything else to effect service. The defendant will have 60 days from the date you sent the forms to file their answer to your complaint. You **must** file with the Court all "Waiver of Service" forms you receive from the defendant(s).

If the defendant(s) is not employed by the ACI, or does not accept service in the manner set forth above, you are required to effect service by other means pursuant to Rule 4 of the Federal Rules of Civil Procedure.

DAVID A. DIMARZIO
Clerk of Court

By B. Barlette
Deputy Clerk

APPENDIX B

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

**United States District Court**
**for the**
**District of Rhode Island**

CIVIL COMPLAINT
***************

Corey Day,

Vs. Civil Action No. 08-161/ML

Ashbel T. Wall, Director DOC,

Warden Weeden, Maximum Security Facility,

Deputy Warden Kettle, Maximum Security,

Roberta Richman, Assistant Director Programs,

John Rogers, Supervisor R.I.D.O.C. Food Services, et al.

To:

Ashbel T. Wall, Director DOC, Warden Weeden, Maximum Security Facility, Deputy Warden Kettle, Maximum Security Facility, Roberta Richman, Assistant Director Programs, John Rogers, Supervisor R.I.D.O.C. Food Services, et al..

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or a official notice from the court.

APPENDIX B

It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within thirty (30) days from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have sixty (60) days from the date this notice is sent (see the date below) to anwser the complaint.

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 5/21/08

Signed Under the Penalty of Perjury
(28 USCA 1746)

## Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does **not** include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an anwser or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if the summons had been served.

APPENDIX B

# WAIVER OF THE SERVICE OF SUMMONS

United States District Court
for the
District of Rhode Island

CIVIL COMPLAINT
***************

Corey Day,

Civil Action No. 08-161ML

Vs.

Ashbel T. Wall, Director DOC,

Warden Weeden, Maximum Security Facility,

Deputy Warden Kettle, Maximum Security,

Roberta Richman, Assistant Director Programs,

John Rogers, Supervisor R.I.D.O.C. Food Services, et al.

To: Corey Day,

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive

APPENDIX B

any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an anwser or a motion under Rule 12 within sixty (60) days from May 21, 2008, the date when this request was sent.

Date:________________

________________________
(Signature of the Attorney or unrepresented party)

________________________
(Printed Name)

________________________

________________________

________________________
(Address)

________________________
(Telephone Number)

**APPENDIX C**

Certification of Service

Corey A. Day declares under the penalty of perjury pursuant to 28 USC Section 1746 that he mailed a copy of the enclosed legal documents: Complaint, Notice/Lawsuit, Waiver/Summons, to Warden James Weeden, by placing them in a 9X12 manilla envelope, and placing the envelope in the main dining hall mailbox, in the Maximum Security Facility, to be delivered, via **Inter-Departmental Mail**, to the Warden's address, **Maximum Security Administration**, on 5/21/08.

**APPENDIX C**

## Certification of Service

Corey Day declares under the penalty of perjury pusuant to 28 USC Section 1746 that he mailed a copy of the enclosed legal documents: Complaint, Summons waiver, Notice/Lawsuit, to Deputy Warden Matthew Kettle, by placing them in a 9X12 manilla envelope, and placing the envelope in the Main Dining Hall Mailbox, in the Maximum Security Facility, to be delivered, via **Inter-Departmental Mail**, to the Deputy Warden's address, **Maximum Security Administration**, on 5/21/08.

**APPENDIX C**

Certification of Service

Corey Day declares under the penalty of perjury pusuant to 28 USC Section 1746 that he mailed a copy of the enclosed legal documents: Complaint, Notice/Lawsuit, Waiver/Summons, to John Rogers, Director-RIDOC Food Services, by placing them in a 9X12 manilla envelope and placing the manilla envelope in the main dining hall mailbox, in the Maximum Security Facility, to be delivered via **Inter-Departmental Mail**, to the Director of Food Services address, **Administration Building A.**, on 5/21/08.

APPENDIX C

## CERTIFICATION OF SERVICE

Corey A. Day, declares under the penalty of perjury pursuant to 28 U.S.C. Section 1746 that he mailed a copy of the enclosed legal documents: Complaint; Notice / Lawsuit; Waiver / Summons, to Ashbel T. Wall, Director-RIDOC, by placing them in a 9X12, manilla envelope, and placing the envelope in the main dining hall mailbox, in the Maximum Security Facility, to be delivered via **INTER-DEPARTMENTAL MAIL**, to the Director's address, **Administration Building A.**, on 5-21-08.

APPENDIX C

**CERTIFICATION OF SERVICE**

Corey A. Day declares under the penalty of perjury pursuant to 28 U.S.C. Section 1746 that he mailed a copy of the enclosed legal documents: Complaint, Notice/Lawsuit, Waiver/Summons, to Roberta Richman, Associate Director-RIDOC, by placing them in a 9X12 Manilla envelope, and placing the manilla envelope in the main dining hall mailbox, in the Maximum Security Facility, to be delivered, via **INTER-DEPARTMENTAL MAIL**, to the Associate Director's address, **Administration Building A.**, on 5/21/08.