**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**COREY DAY**

**Vs.** **C.A. No. 08-161ML**
**A.T. WALL, II, ET AL**

## ANSWER

Now come defendants, A.T. Wall, James Weeden, Matthew Kettle, Roberta Richman and John Rogers and hereby answer the Complaint of Plaintiff, Corey Day, as follows:

## I. JURISDICTION AND VENUE

1. The allegations contained in this Paragraph is jurisdictional in nature and no responsive pleading is required thereto; if deemed required, defendants deny the allegations in paragraph 1 and leave the plaintiff to his proof thereof.

2. The allegations contained in this Paragraph is jurisdictional in nature and no responsive pleading is required thereto; if deemed required, defendants deny the allegations in paragraph 1 and leave the plaintiff to his proof thereof.

## II. PREVIOUS LAWSUITS BY PLAINTIFF

3. ADMITTED.

4. DENIED.

5. DENIED.

## III. PLAINTIFF

6. ADMITTED.

## IV. DEFENDANTS

7. ADMITTED.

8. DENIED.

9. ADMITTED.

10. DENIED.

11. DENIED.

12. No responsive pleading is required; if deemed required, defendants deny all allegations in paragraph 12 and leave plaintiff to his proof thereof.

13. DENIED.

## V. FACTS

14. No responsive pleading is required; if deemed required, defendants deny all allegations in paragraph 14 and leave plaintiff to his proof thereof.

15. Defendants lack sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained herein and therefore deny said allegations and leave plaintiff to his proof thereof.

16. DENIED.

17. DENIED.

18. Defendants lack sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained herein and therefore deny said allegations and leave the plaintiff to his proof thereof.

19. Defendants lack sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained herein and therefore deny said allegations and leave the plaintiff to his proof thereof.

20. Defendants lack sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained herein and therefore deny said allegations and leave the plaintiff to his proof thereof.

21. Defendants lack sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained herein and therefore deny said allegations and leave the plaintiff to his proof thereof.

22. Defendants lack sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained herein and therefore deny said allegations and leave the plaintiff to his proof thereof.

23. Defendants lack sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained herein and therefore deny said allegations and leave the plaintiff to his proof thereof.

24. DENIED.

25. DENIED.

26. DENIED.

27. DENIED.

28. Defendants lack sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained herein and therefore deny said allegations and leave the plaintiff to his proof thereof.

29. DENIED.

30. DENIED.

31. DENIED.

32. DENIED.

33. Defendants lack sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained herein and therefore deny said allegations and leave the plaintiff to his proof thereof.

34. DENIED.

35. DENIED.

36. Defendants lack sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained herein and therefore deny said allegations and leave the plaintiff to his proof thereof.

37. DENIED.

38. DENIED.

39. DENIED.

40. No responsive pleading is required hereto; if deemed required, defendants deny all allegations in paragraph 40 and leave plaintiff to his proof thereof.

41. DENIED.

42. DENIED.

43. No responsive pleading is required hereto; if deemed required, defendants deny all allegations in paragraph 43 and leave plaintiff to his proof thereof.

## VI. LEGAL CLAIMS

44. No responsive pleading is required hereto; if deemed required, defendants deny all allegations in paragraph 44 and leave plaintiff to his proof thereof.

45. DENIED.

46. DENIED.

47. No responsive pleading is required hereto; if deemed required, defendants deny all allegations in paragraph 47 and leave plaintiff to his proof thereof.

48. DENIED.

49. DENIED.

50. No responsive pleading is required hereto; if deemed required, defendants deny all allegations in paragraph 50 and leave plaintiff to his proof thereof.

51. DENIED.

52. DENIED.

53. DENIED.

54. DENIED.

55. DENIED.

56. DENIED.

57. DENIED.

58. DENIED.

59. DENIED.

60. DENIED.

61. DENIED.

62. DENIED.

63. No responsive pleading is required hereto; if deemed required, defendants deny all allegations in paragraph 63 and leave plaintiff to his proof thereof.

64. No responsive pleading is required hereto; if deemed required, defendants deny all allegations in paragraph 64 and leave plaintiff to his proof thereof.

65. DENIED.

66. DENIED.

67. No responsive pleading is required hereto; if deemed required, defendants deny all allegations in paragraph 67 and leave plaintiff to his proof thereof.

68. DENIED.

69. DENIED.

70. DENIED.

71. No responsive pleading is required hereto; if deemed required, defendants deny all allegations in paragraph 71 and leave plaintiff to his proof thereof.

72. DENIED.

73. DENIED.

74. DENIED.

75. DENIED.

76. No responsive pleading is required hereto; if deemed required, defendants deny all allegations in paragraph 76 and leave plaintiff to his proof thereof.

77. No responsive pleading is required hereto; if deemed required, defendants deny all allegations in paragraph 77 and leave plaintiff to his proof thereof.

78. DENIED.

79. DENIED.

80. DENIED.

81. DENIED.

82. DENIED.

83. DENIED.

84. DENIED.

85. DENIED.

86. No responsive pleading is required hereto; if deemed required, defendants deny all allegations in paragraph 86 and leave plaintiff to his proof thereof.

87. No responsive pleading is required hereto; if deemed required, defendants deny all allegations in paragraph 87 and leave plaintiff to his proof thereof.

88. No responsive pleading is required hereto; if deemed required, defendants deny all allegations in paragraph 88 and leave plaintiff to his proof thereof.

89. No responsive pleading is required hereto; if deemed required, defendants deny all allegations in paragraph 89 and leave plaintiff to his proof thereof.

90. No responsive pleading is required hereto; if deemed required, defendants deny all allegations in paragraph 90 and leave plaintiff to his proof thereof.

91. No responsive pleading is required hereto; if deemed required, defendants deny all allegations in paragraph 91 and leave plaintiff to his proof thereof.

**DEFENDANTS HEREBY DEMAND TRIAL BY JURY**
**AFFIRMATIVE DEFENSES**

**First Affirmative Defense**

Plaintiff's Complaint fails to state a claim upon which relief can be granted. Plaintiff's Complaint fails to allege facts sufficient to show that Plaintiff is entitled to recover any damages as against Defendants.

**Second Affirmative Defense**

Defendants have the benefit of the State's status as sovereign, together with all privileges and immunities which inure to said sovereign status.

**Third Affirmative Defense**

Defendants have the benefit of all expressed and implied exceptions to the waiver of sovereign immunity.

**Fourth Affirmative Defense**

Defendants claim the benefit of Eleventh Amendment immunity to the extent applicable to this civil action.

**Fifth Affirmative Defense**

At all times material to the matters alleged in the Complaint, the State, its officers, agents and employees, were in the exercise of due care and had in good faith duly fulfilled any and all duties owed to Plaintiff if, in fact, any duties were owed.

**Sixth Affirmative Defense**

Defendants acted reasonably and in good faith and did not violate any clearly established law and, therefore, plead qualified immunity.

**Seventh Affirmative Defense**

The acts or omissions of Defendants were not a conscious disregard of Plaintiff's needs or rights; were not intentional and willful; and were not in violation of Federal or State law.

**Eighth Affirmative Defense**

Defendants plead that Plaintiff has failed to exhaust his administrative remedies under the Department of Correction's inmate grievance policies and practices.

**Ninth Affirmative Defense**

Defendants plead any and all applicable defenses of assumption of the risk.

**Tenth Affirmative Defense**

Defendants plead that a person or persons other than its officers or employees caused and/or contributed to the alleged injuries and/or damages.

**Eleventh Affirmative Defense**

Plaintiff is not entitled to monetary damages as against Defendants under Federal or State law.

**Twelvth Affirmative Defense**

Plaintiff is not entitled to punitive damages as against Defendants under Federal or State law.

**Thirteenth Affirmative Defense**

Plaintiff is not entitled to attorney's fees, interest, or costs under Federal or State law.

Respectfully submitted,
DEFENDANTS
By their Attorney,

/S/ Michael B. Grant

Michael B. Grant, Bar No. 3864
Deputy Chief Legal Counsel
R.I. Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401)462-2910

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of this Answer, first class mail, postage pre-paid, on this 15th day of August, 2008 to **Corey Day,** P.O. Box 8273, Cranston, RI 02920.

*/s/ Michael B. Grant*