# INDEX OF APPENDICES

APPENDIX A: LETTER FROM COURT RE: SERVICE OF DOCUMENTS.

APPENDIX B: AFFIDAVIT IN SUPORT OF MOTION FOR JUDGEMENT OF DEFAULT.

APPENDIX C: CERTIFICATION OF SERVICE FORMS.

APPENDIX D: CERTIFICATION OF SERVICE FORMS FOR NOTICE OF MOTION FOR DEFAULT JUDGEMENT.

APPENDIX A

David A. DiMarzio
Clerk of Court

## *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

Paulette Dube
Chief Deputy Clerk

TO: Corey Day DATE: May 19, 2008

RE: Corey Day v. Ashbel T. Wall, II, et al
CA 08-161ML

Dear Mr. Day:

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, you are required to effect service on the named defendant(s). Service upon defendants who are employees of the Adult Correctional Institution (ACI) can be accomplished by mailing, **via interdepartmental mail**, a copy of the Complaint along with the attached forms.

The first form is the "Notice of Lawsuit and Request for Waiver of Service of Summons" and the second form is titled "Waiver of Service of Summons". You should complete one copy of the "Notice of Lawsuit" form and two copies of the "Waiver of Service" form for each defendant. Once you have completed the forms, then mail, via interdepartmental mail, a copy of the Complaint and the above mentioned forms to each defendant.

If a defendant returns to you a "Waiver of Service" form, you do not need to do anything else to effect service. The defendant will have 60 days from the date you sent the forms to file their answer to your complaint. You **must** file with the Court all "Waiver of Service" forms you receive from the defendant(s).

If the defendant(s) is not employed by the ACI, or does not accept service in the manner set forth above, you are required to effect service by other means pursuant to Rule 4 of the Federal Rules of Civil Procedure.

DAVID A. DIMARZIO
Clerk of Court

By B. Barletta
Deputy Clerk

Two Exchange Terrace • John O. Pastore Building • Providence, RI 02903 • Tel: (401) 752-7200 • Fax: (401) 752-7247

APPENDIX B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COREY DAY, PLAINTIFF

VS. CIVIL ACTION NO. 08-161ML

ASHBEL T. WALL, ET AL., DEFENDANTS

**AFFIDAVIT IN SUPPORT OF MOTION FOR JUDGEMENT OF DEFAULT**

I, Corey A. Day, hereby swear under the penalty of perjury, pursuant to 28 USCA § 1746, that the Defendants in the above entitle matter are not in the military service and are not infants or incompetents.

DATE: 8-11-08

Signed Under the Penalty of Perjury (28 USCA § 1746)

**APPENDIX C**

Certification of Service

Corey A. Day declares under the penalty of perjury pursuant to 28 USC Section 1746 that he mailed a copy of the enclosed legal documents: Complaint, Notice/Lawsuit, Waiver/Summons, to Warden James Weeden, by placing them in a 9X12 manilla envelope, and placing the envelope in the main dining hall mailbox, in the Maximum Security Facility, to be delivered, via **Inter-Departmental Mail**, to the Warden's address, **Maximum Security Administration**, on 5/21/08.

**APPENDIX C**

Certification of Service

Corey Day declares under the penalty of perjury pusuant to 28 USC Section 1746 that he mailed a copy of the enclosed legal documents: Complaint, Summons waiver, Notice/Lawsuit, to Deputy Warden Matthew Kettle, by placing them in a 9X12 manilla envelope, and placing the envelope in the Main Dining Hall Mailbox, in the Maximum Security Facility, to be delivered, via **Inter-Departmental Mail**, to the Deputy Warden's address, **Maximum Security Administration**, on 5/21/08.

**APPENDIX C**

Certification of Service

Corey Day declares under the penalty of perjury pusuant to 28 USC Section 1746 that he mailed a copy of the enclosed legal documents: Complaint, Notice/Lawsuit, Waiver/Summons, to John Rogers, Director-RIDOC Food Services, by placing them in a 9X12 manilla envelope and placing the manilla envelope in the main dining hall mailbox, in the Maximum Security Facility, to be delivered via **Inter-Departmental Mail**, to the Director of Food Services address, **Administration Building A.**, on 5/21/08.

APPENDIX C

**CERTIFICATION OF SERVICE**

Corey A. Day, declares under the penalty of perjury pursuant to 28 U.S.C. Section 1746 that he mailed a copy of the enclosed legal documents: Complaint; Notice /Lawsuit; Waiver/Summons, to Ashbel T. Wall, Director-RIDOC, by placing them in a 9X12, manilla envelope, and placing the envelope in the main dining hall mailbox, in the Maximum Security Facility, to be delivered via **INTER-DEPARTMENTAL MAIL**, to the Director's address, **Administration Building A.**, on 5-21-08.

[signature]

APPENDIX C

**CERTIFICATION OF SERVICE**

Corey A. Day declares under the penalty of perjury pursuant to 28 U.S.C. Section 1746 that he mailed a copy of the enclosed legal documents: Complaint, Notice/Lawsuit, Waiver/Summons, to Roberta Richman, Associate Director-RIDOC, by placing them in a 9X12 Manilla envelope, and placing the manilla envelope in the main dining hall mailbox, in the Maximum Security Facility, to be delivered, via **INTER-DEPARTMENTAL MAIL**, to the Associate Director's address, **Administration Building A.**, on 5/21/08.

**APPENDIX D**

## CERTIFICATION OF SERVICE

Corey A. Day, declares under the penalty of perjury, pursuant to **28 USCA § 1746,** that he delivered a notice of the motion for default judgement, via A.C.I. interdepartmental mail, to Ashbel T. Wall, II, located at 40 Howard Ave., Cranston, RI.

, 8-11-08

Corey A. Day
P.O. Box 8273
Cranston, RI 02920

APPENDIX D

## CERTIFICATION OF SERVICE

Corey A. Day, declares under the penalty of perjury, pursuant to 28 USCA § 1746, that he delivered a notice of the motion for default judgement, via A.C.I. interdepartmental mail, to Roberta Richman, located at 40 Howard Ave., Cranston, RI.

8-11-08

Corey A. Day
P.O. Box 8273
Cranston, RI 02920

APPENDIX D

## CERTIFICATION OF SERVICE

Corey A. Day, declares under the penalty of perjury, pursuant to 28 USCA § 1746, that he delivered a notice of the motion for default judgement, via A.C.I. interdepartmental mail, to John Rogers, located at 40 Howard Ave., Cranston, RI.

8-11-08

Corey A. Day
P.O. Box 8273
Cranston, RI 02920

APPENDIX D

## CERTIFICATION OF SERVICE

Corey A. Day, declares under the penalty of perjury, pursuant to **28 USCA § 1746**, that he delivered a notice of the motion for default judgement, via A.C.I. interdepartmental mail, to Michael Grant, Esq., located at 40 Howard Ave. Cranston, RI.

8-11-08

Corey A. Day
P.O. Box 8273
Cranston, RI 02920

APPENDIX D

## CERTIFICATION OF SERVICE

Corey A. Day, declares under the penalty of perjury, pursuant to **28 USCA § 1746**, that he delivered a notice of the motion for default judgement, via A.C.I. interdepartmental mail, to Warden James Weeden, located at Maximum Security Facility - ACI.

, 8-11-08

Corey A. Day
P.O. Box 8273
Cranston, RI 02920

APPENDIX D

## CERTIFICATION OF SERVICE

Corey A. Day, declares under the penalty of perjury, pursuant to 28 **USCA § 1746**, that he delivered a notice of the motion for default judgement, via A.C.I. interdepartmental mail, to Deputy Warden Kettle, located at Maximum Security Facility - ACI.

[signature], 8-11-08

Corey A. Day
P.O. Box 8273
Cranston, RI 02920