**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**COREY DAY**

**v.** **C.A. No. 08-161 ML**

**ASHBEL T. WALL, et al.**

**ORDER**

Plaintiff Corey Day, *pro se*, an inmate in the custody of the Rhode Island Department of Corrections in Cranston, Rhode Island, filed a complaint challenging the conditions of his confinement (Docket # 1). Presently before the Court is plaintiff's motion for an order directing the United States Marshal Service to effect service of process on the defendants (Docket # 9). Plaintiff stated that defendants had failed to respond to his request for waiver of service pursuant to Rule 4(d) of the Federal Rules of Civil Procedure. However, subsequent to plaintiff's filing his motion, defendants filed an answer to the complaint with the Court (Docket # 10). Therefore, plaintiff's motion for service of process by the United States Marshal Service is moot and is hereby **DENIED**.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: Sep 2, 2008