UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

Corey Day

v.  C.A. 08-161ML

Ashbel T. Wall, et al

ORDER

The Findings and Recommendation of United States Magistrate Judge Jacob Hagopian filed on October 21, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Plaintiff's Motion for Voluntary Dismissal is hereby GRANTED and the action is dismissed without prejudice.

BY ORDER:

_____
Mary M. Lisi
Chief U.S. District Judge
November  10 , 2008


Entered as an Order of this Court on November 12 , 2008

Deputy Clerk