UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

Corey Day

v.                            C.A. 08-161ML

Ashbel T. Wall, et al

## ORDER

The Findings and Recommendation of United States Magistrate Judge Jacob Hagopian filed on October 21, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Plaintiff's Motion for Judgment by Default is DENIED.

BY ORDER:

_/s/ Mary M. Lisi_
Mary M. Lisi
Chief U.S. District Judge
November 12, 2008

Entered as an Order of this Court on November 12, 2008

_/s/ Barbara Barletta_
Deputy Clerk